In the Matter of the Application of Nathaniel L. Foster for Admission to the Bar.— Application granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Ernest Martin Quittmeyer for Admission to the Bar. — Application granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Frank Logerto, Respondent, v. Central Building Company, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Edward C. Martin, Appellant, v. Valhalla Realty and Improvement Company, Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

F. Stout Norman, Respondent, v. Loomis-Manning Filter Company, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

George Odenwald, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Motion denied. The delay was caused solely by the refusal of the stenographer in Judge Rosenthal's court to write out his minutes. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Lawrence Olsen, Respondent, v. New York and Long Island Traction Company, Appellant.— Motion granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Lewis H. Pounds, Respondent, v. George W. Egbert and Virginia L. Egbert, Appellants.— Motion granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

David Rich, Appellant, v. The Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Motion granted and case set down for Friday, March 6, 1908. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Townsend Scudder, Respondent, v. John C. Kennahan, Impleaded with Others, Appellants.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

William Tabachnick, Respondent, v. Leopold Brand, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

The Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants.— Motion granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Elizabeth Wade, Respondent, v. The City of Mount Vernon, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

John Welch, Respondent, v. Albert Welch, Appellant.— Motion granted, on condition that the parties agree that the bonds be deposited pending the action in escrow with some person or corporation to be chosen by them within five days, in default of which an undertaking to be approved by a justice of this